IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM WATSON,

    Plaintiff,

v.                                          CASE NO. 1:16-cv-376-WTH-GRJ

LEVY COUNTY JAIL, et al.

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, a detainee at the Levy County Jail, initiated this case by filing a *pro se* Complaint under 42 U.S.C. § 1983 and has been granted leave to proceed as a pauper by separate order. Plaintiff was required to file an Amended Complaint on the Court's form. The Court screened the Amended Complaint as required by 28 U.S.C. § 1915, and determined that it amounted to a "shotgun pleading" that asserted numerous non-cognizable claims. ECF No. 9. The Court ordered Plaintiff to file a Second Amended Complaint. *Id*. Plaintiff's Second Amended Complaint, ECF No. 12, is before the Court for screening.

The Second Amended Complaint is due to be stricken because it is unsigned and Plaintiff failed to complete all sections of the complaint form. *See* Fla. N.D. Local Rule 5.1(J) (no civil action commenced by *pro se*

litigants under 42 U.S.C. § 1983 may be considered by the court unless the appropriate forms have been "properly completed, signed, and filed by the litigant."). Further, the Second Amended Complaint suffers from the same defects as the First Amended Complaint in that Plaintiff has attempted to join multiple unrelated claims, contrary to the Court's previous order. In addition, there are no factual allegations showing how any person at the Jail is liable to Plaintiff for any particular constitutional violation. *See* ECF No. 12.

As a final matter, a review of the Levy County Jail's online inmate locator reflects that Plaintiff is no longer confined at the Jail. Plaintiff has failed to provide the Court with a current address, and the Court has no means to contact the Plaintiff. In light of Plaintiff's failure to fully complete and sign the Complaint form and failure to apprise the Court of his whereabouts, it appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** this 18th day of May 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**