UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM WATSON,

    PLAINTIFF,

-vs-                                            Case No. 1:16-cv-00376-WTH-GRJ

LEVY COUNTY JAIL, SHERIFF,

    DEFENDANTS.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter is before the Court on ECF No. 14, a Report and Recommendation of the Magistrate Judge that plaintiff's case should be dismissed for failure to prosecute and failure to follow orders of the Court. Previously, the Magistrate Judge pointed out deficiencies in plaintiff's original and first amended complaints and ordered plaintiff to file a second amended complaint that fixed these problems. The Second Amended Complaint, ECF No. 12, did not correct these deficiencies. Also, plaintiff was released from the Levy County Jail but did not inform the Court of his new address. For these reasons, the Report and Recommendation of the Magistrate Judge is accepted and incorporated herein. The Clerk is directed to enter a judgment stating, "This case is DISMISSED without prejudice for failure to prosecute and follow orders of the Court." The Clerk is directed to close the file.

    IT IS SO ORDERED.
    DONE and ORDERED at Gainesville, Florida this 17TH day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE